ACCEPTED
01-15-00934-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 2:30:18 PM
CHRISTOPHER PRINE
CLERK



Bethany G. Arnold
Attorney at Law

**Law Office of**
**Bethany G. Arnold**

Telephone: 281-516-8220
Fax: 281-516-8223
beth@betharnoldlaw.com
www.betharnoldlaw.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 2:30:18 PM
CHRISTOPHER A. PRINE
Clerk

November 10, 2015

<u>**Via Electronic Filing**</u>
First Court of Appeals
Christopher Prine
301 Fannin Street
Houston, Texas 77002

> Re:  No. 01-15-00934-CV, In re Celia Rear, In the First Court of Appeal
> of Houston | Cause No. 2005-04747, In the Interest of S.M., In the
> 311th Judicial District Court of Harris County Texas

To the Honorable Justices of the First Court of Appeals:

For the information of the Court, please take notice that Relator's Request for Jury Trial in the underlying matter was stricken by the trial court on Friday November 6, 2015 for failure to comply with a pre-trial order to mediate.

The underlying matter remains on the trial docket and is set for bench trial on November 16, 2015. As such, Relator re-urges her previously filed Emergency Motion for Stay.

Respectfully submitted,

LAW OFFICE OF BETHANY G. ARNOLD

*/s/ Bethany G. Arnold*
Bethany G. Arnold
State Bar No. 24068811
1314 Texas Avenue, Suite 1515
Houston, Texas 77002
Tel: (713) 392-4148 Fax: (713) 225-0099
beth@betharnoldlaw.com
Attorney for Respondent, Celia Rear

**Certificate of Service**

I certify that a true copy of the foregoing was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on November 10, 2015.

*/s/ Bethany G. Arnold*
Bethany G. Arnold

Mail: 1314 Texas Avenue, Suite 1515, Houston, Texas 77002